UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSBERT AYENI-AARONS, | No. 2:18-cv-1625-MCE-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| BEST BUY CREDIT SERVICES, et al., | |
| Defendants. | |

Plaintiff Osbert Ayeni-Aarons, initially proceeding without counsel, filed this action on June 5, 2018. (ECF No. 1.) On June 14, 2018, the court granted plaintiff's motion to proceed *in forma pauperis*, and directed service on defendants. (ECF No. 3.) A pretrial scheduling conference in the case was set for November 8, 2018. (ECF No. 6.) Subsequently, defendant Citibank, N.A. appeared and filed a motion to compel arbitration and stay the action, which is presently set for hearing on September 27, 2018. (ECF Nos. 9, 11.) Thereafter, on August 27, 2018, attorney James Ison appeared on behalf of plaintiff and filed a motion for leave to amend the complaint, which was noticed for hearing on October 11, 2018. (ECF No. 13.)

In light of plaintiff's initial *pro se* status, this case was assigned to the undersigned pursuant to Local Rule 302(c)(21). However, that rule provides that "[a]ctions initially assigned to a Magistrate Judge under this paragraph shall be referred back to the assigned Judge if a party

1

appearing in propria persona is later represented by an attorney appearing in accordance with L.R. 180." E.D. Cal. L.R. 302(c)(21).  Because neither all plaintiffs nor all defendants are proceeding without counsel after the appearance of plaintiff's counsel, the undersigned refers the action to the assigned district judge.

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to Local Rule 302(c)(21), this action is REFERRED to the assigned district judge for all further proceedings, except for discovery motions and matters otherwise appropriately referred to the assigned magistrate judge under the court's Local Rules.
2. All dates and hearings before Judge Newman, including the September 27, 2018, and October 11, 2018 motion hearings and the November 8, 2018 pretrial scheduling conference are VACATED.  Any motions shall be re-noticed before Judge England in accordance with Local Rule 230.

Dated:  August 29, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE