UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSBERT AYENI-AARONS,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY CREDIT SERVICES/CBNA, et al.,<br><br>Defendants. | No. 2:18-cv-01625-MCE-KJN<br><br>**ORDER** |

Presently before the Court are Motion to Compel Arbitration and Stay this Action (ECF No. 15) filed by Defendant Citibank (CBNA) and a Motion to File a Second Amended Complaint (ECF No. 17) filed by Plaintiff. Plaintiff's Motion is GRANTED, and Defendant's Motion is DENIED without prejudice as moot given the impending filing of a superseding pleading. Not later than five (5) days following the date this order is electronically filed, Plaintiff is directed to file his Second Amended Complaint.

IT IS SO ORDERED.

Dated: December 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1