THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSBERT AYENI-AARONS,<br><br>  Plaintiff,<br><br>vs.<br><br>BEST BUY CREDIT CARD SERVICES/CBNA, et al.,<br><br>  Defendants. | Case No: 2:18-cv-01625-MCE-KJN<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY** |

Pursuant to a settlement of the above-captioned lawsuit and Federal Rule of Civil Procedure 41(a)(1)(A), it is hereby stipulated by and between Plaintiff Osbert Ayeni-Aarons ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") that all claims for relief in the above-captioned action, as they pertain to Equifax only, be dismissed with prejudice. This Stipulation of Dismissal shall not affect Plaintiff's claims against any party other than Equifax. Plaintiff and Equifax shall bear their own costs, including attorneys' fees, with respect to the claims dismissed hereby.

Dated: May 11, 2020 NOKES & QUINN
 /s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.
Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

Dated: May 11, 2020 THE ISON LAW FIRM

 /s/ James J. Ison (as authorized on 5/5/20)
JAMES J. ISON
Attorneys for Plaintiff
OSBERT AYENI-AARONS

IT IS SO ORDERED.

Dated: May 11, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

Case 2:18-cv-01625-MCE-KJN   Document 58   Filed 05/12/20   Page 2 of 2

- 2 –
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY