Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:   ebooth@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*
*(improperly identified as TransUnion)*

(Designated for Service)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| OSBERT AYENI-AARONS,<br>     Plaintiff,<br><br>  vs.<br><br>BEST BUY CREDIT SERVICES/CBNA;<br>CITIBANK (CBNA); BEST BUY CO., INC.;<br>EQUIFAX; EXPERIAN and TRANSUNION;<br>     Defendants. | CASE NO. 2:18-cv-01625-MCE-KJN<br><br>**ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT TRANS UNION, LLC**<br><br>Date: December 15, 2021<br>Time: 2:00 p.m.<br>Dept: Courtroom 7 |

This cause is before the Court on Motion to Withdraw as Counsel for Defendant TRANS UNION, LLC.

The Court, being duly advised, hereby GRANTS said Motion Withdrawing attorney Eileen T. Booth as counsel of record for Defendant Trans Union, LLC, from this action. Defendant Trans Union, LLC will continue to be represented in this matter by Jason Roberts of Schuckit & Associates.

IT IS SO ORDERED.

Dated:  November 18, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE